IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DIANE TILSON                                                                                    PLAINTIFF

v.                                              Case No. 1:24-cv-1074

JOHNATHAN TUBBS, Supervisor; PAYTON
POTTER, Shift Supervisor; NURSE AMY;
NURSE STEPHANIE; and CLARENCE CAPPS                          DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 15. Judge Byrant recommends that Plaintiff's Amended Complaint (ECF No. 8) be dismissed without prejudice for failure to prosecute this matter and for failure to comply with Court orders. Plaintiff has not filed an objection to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error on the face of the record and that Judge Byrant's reasoning is sound, the Court adopts the R&R (ECF No. 15) in toto. Plaintiff's Amended Complaint (ECF No. 8) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 12th day of March, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge